UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IGLESIA CRISTIANA RENACER, )<br>a Massachusetts church, individually )<br>and in its capacity as representative )<br>of certain individual members, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF LYNN )<br>)<br>        Defendants. )<br>_____ ) | No. 11-CV-11945<br><br>Judge William G. Young |

**DEFENDANTS CITY OF LYNN AND TIMOTHY PHELAN'S UNCONTESTED
MOTION TO MODIFY THE CASE MANAGEMENT CONFERENCE SCHEDULE**

The Defendants City of Lynn and Timothy Phelan through, its respective counsel hereby requests that the case management schedule order (entered December 16, 2011) and amended be further amended as follows:

1. The current Joint Statement calls for all depositions to be completed by September 1, 2012.

2. The parties have been diligently scheduling and conducting depositions during the past several weeks.

3. Conducted depositions have revealed the need to depose other witnesses based upon the testimony of previously identified witnesses.

4. The City of Lynn has identified an insurance policy which may provide coverage to the City of Lynn and/or Timothy Phelan.

5. Timothy Phelan's deposition had been scheduled for this evening.

6. However, the City of Lynn's insurance carrier Zurich Insurance has not made a determination regarding coverage.

7. The City of Lynn and Timothy Phelan do not wish to proceed with Mr. Phelan's deposition should it be determined that coverage exists and that holding said deposition with counsel for the insurance carrier would result in a waiver of coverage.

8. It is anticipated that the insurance carrier Weill be making a determination regarding coverage within the next several weeks.

9. This matter is scheduled to be tried in early December, 2012.

10. The parties are not seeking a continuance of the trial date, but rather are seeking the ability to complete all depositions by September 1, 2012.

11. The Defendants are not seeking any amendments to the Summary Judgment schedule recently ordered by this Court.

12. The Defendants are seeking to amend the Case management Conference Schedule to require all depositions to be completed by October 1, 2012.

WHEREFORE, the Defendants City of Lynn and Timothy Phelan respectfully request that all non-expert depositions be completed by October 1, 2012 rather than September 1, 2012.

The City of Lynn
By its Attorney

/s/ Richard L. Vitali
Richard L. Vitali, Esquire
Assistant City Solicitor
Lynn City Hall, Room 406
Lynn, MA 01901
BBO# 510375
(781) 598-4000 Ext. 6840

The City of Lynn
By its Attorneys

/s/ James P. Lamanna
James P. Lamanna, Esquire
Lynn City Hall, Room 406
Lynn, MA 01901
BBO #: 637433
(718) 596-4000 Ext. 6840

FOR THE DEFENDANT
JOHN TIMOTHY PHELAN
By His Attorney


/S/ George S. Markopoulos
George S. Markopoulos
Assistant City Solicitor
BBO# 546189
Lynn City Hall - Room 406
Lynn, MA 01901
(781) 598-4000, Ext. 6842


Dated: August 28, 2012